No. 03–10446.  BANUELOS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–10449.  MARTINEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–10451.  LUJANO-PEREZ v. UNITED STATES REYES-RAMIREZ v. UNITED STATES CELEDON v. UNITED STATES FLORES-BENITEZ v. UNITED STATES CONTRERAS-PEREZ v. UNITED STATES SALGADO-CASTRO v. UNITED STATES REYES-AMAYA v. UNITED STATES VELA-PEREZ v. UNITED STATES GARCIA-GALIANO v. UNITED STATES CUELLAR-ARRELLANO v. UNITED STATES FORTUNA-TURBIARTES v. UNITED STATES GARCIA-CAMACHO v. UNITED STATES MARQUEZ-CONDE v. UNITED STATES BLANCO-MELGAR v. UNITED STATES CASTILLO-HERNANDEZ v. UNITED STATES BARRIGAS-VALDOVINOS v. UNITED STATES DAVILA-JUAREZ v. UNITED STATES LOPEZ-MARTINEZ v. UNITED STATES JUAREGUI-DURAN v. UNITED STATES GONZALEZ-CONTRERAS v. UNITED STATES PEREZ-SANCHEZ v. UNITED STATES MATA-ALVAREZ v. UNITED STATES RODRIGUEZ-TELLEZ v. UNITED STATES and HERNANDEZ-HERRERA v. UNITED STATES C. A. 5th Cir. Certiorari denied.

· No. 03–10455.  VILLANUEVA ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–10460.  GARDEA-VENEGAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–10462.  HILL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–10463.  HERNANDEZ-CARRASCO v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.